In the Matter of the Claim of RICHARD HEIN, Respondent, against LYRIC CAB CORPORATION and JAMESTOWN MUTUAL INSURANCE COMPANY, Appellants. STATE INSURANCE FUND, Respondent.— Award against employer and appellant Jamestown Mutual Insurance Company, as carrier. The latter asserts that all the evidence shows that the injury was received on June 18, 1937, after the State Insurance Fund covered the risk. The great preponderance of evidence so indicates, but there is some proof and one of the employer's reports states that the initial injury was received in May, 1937, when the appellant insurance company was the carrier. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

In the Matter of the Claim of HENRY STODDARD, Respondent, against SCHOOL DISTRICT No. 11, TOWN OF COEYMANS, COEYMANS, N. Y., Employer, Appellant. STATE INDUSTRIAL BOARD, Respondent.— This is an appeal from an award made by the State Industrial Board. The claimant was engaged in painting a schoolhouse at the time the accident occurred. It is claimed by the employer-appellant that he was an independent contractor. The State Industrial Board has found he was an employee. The evidence sustains the finding of the State Industrial Board. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

In the Matter of the Claim of OLA LANGFORD and Another, Respondents, against REPUBLIC STEEL CORPORATION, Employer and Self-Insurer, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Appeal from an award of death benefits made by the State Industrial Board under the provisions of the Workmen's Compensation Law. Decedent was employed as a helper in a blast furnace and it was found that he had over-exerted himself thereby sustaining injuries in the nature of a strain of the heart which resulted in his death. The sole point raised was whether his death resulted from the happening of an accident. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.